# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>v.<br><br>NEREIDA ECHEVARRIA; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-05910<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served NEREIDA ECHEVARRIA the above process on the 14 day of January, 2017, at 6:29 o'clock, PM, at 207 W. INDIANA AVE. PHILADELPHIA, PA 19133, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age <u>51-55</u>  Height <u>5'</u>  Weight <u>240</u>  Race <u>MIDDLE EASTERN</u>  Sex <u>FEMALE</u>  Hair <u>BLACK</u>
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of __Pa__ )
                                              ) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared __Shannon Beckier__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158335
Case ID #: 4774962

Subscribed and sworn to before me this __18__ day of __Jan__, 20__17__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017